# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. CIV-18-1206-G |
| | ) |
| **REAL PROPERTY LOCATED AT** | ) |
| **1828 COUNTY ROAD 1207,** | ) |
| **TUTTLE, OKLAHOMA, 73089-2432** | ) |
| **et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

On December 12, 2018, the Government initiated this civil forfeiture action pursuant to 18 U.S.C. § 981(a)(1). The case was then stayed pending the disposition of the related criminal matter, *United States v. Pearce et al.*, No. CR-22-258-G (W.D. Okla.). *See* Order of June 21, 2023 (Doc. No. 15).

The Government has now filed a Motion for Voluntary Dismissal (Doc. No. 16), representing that the criminal matter has now been resolved, resulting in the criminal forfeiture of the property that is the subject of this action. No response has been filed by any party within the time allowed under local rule.

Upon consideration of the relevant record, the Court ORDERS as follows:

- The previously imposed stay is LIFTED; and

- The Government's Motion for Voluntary Dismissal (Doc. No. 16) is GRANTED. This action is DISMISSED without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

A separate judgment shall be entered.

2

IT IS SO ORDERED this 22nd day of November, 2024.

_____
CHARLES B. GOODWIN
United States District Judge